# Exhibit B

Untitled Document - Windows Internet Explorer provided by Nexsen Pruet

http://www.abc-development.com/Pages/categories/feeding/nospillcups/20spillproofcups.

File Edit View Favorites Tools Help

Untitled Document

ABC Development, Inc.

- HOME
- ABOUT US
- PRODUCTS
- STORE LOCATOR
- CONTACT

## INSULATED SPILL-PROOF CUPS

### NASCAR®

#20 Tony Stewart 2pk Insulated Spill Proof Cups

<<back to products

CATEGORIES

- CANVAS ART
- FEEDING
- TEETHERS AND RATTLES
- TRAVEL

LICENSES

- MAJOR LEAGUE BASEBALL
- NASCAR
- SESAME STREET
- STRAWBERRY SHORTCAKE
- SUPERMAN

Done Internet 100%